IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

    Case No. 1:15-cv-00363-LO-JFA

JOHN DOE subscriber assigned IP address 173.71.222.3,

    Defendant.

/

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant John Doe's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Doe's claims against each other are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This case is closed for administrative purposes.

SO ORDERED this 22 day of Oct, 2015.

/s/
By: Liam O'Grady
UNITED STATES DISTRICT JUDGE